THIS ORDER IS SIGNED AND ENTERED.

Dated: January 30, 2024

Hon. Catherine J. Furay
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE:<br>DANIELLE MARIE AXELSON,<br>      Debtor. | Case No. 22-11609-cjf<br>Chapter 7 |
| DANIELLE MARIE AXELSON,<br>      Plaintiff,<br>v.<br>U.S. DEPARTMENT OF EDUCATION,<br>      Defendant. | Adversary Case No. 23-00005 |

### ORDER DETERMINING DISCHARGEABILITY OF STUDENT LOANS

Based upon the stipulation between the parties, the Court ORDERS that Plaintiff Danielle Marie Axelson's student loan obligation to Defendant U.S. Department of Education is dischargeable under 11 U.S.C. § 523(a)(8).

# # #